IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CEDRIC ROSE, § | |
| Movant, § | |
| § | No. 3:22-cv-699-M (BT) |
| v. § | No. 3:07-cr-169-M-1 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 29, 2022.  The Court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  The Court notes that subsequent to the instant Findings, Conclusions, and Recommendation, it accepted the Findings, Conclusions, and Recommendation dated January 20, 2022.

**SO ORDERED** this 26th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE