IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDRIC ROSE, | § | |
| Movant, | § | |
| | § | No. 3:22-cv-699-M (BT) |
| v. | § | No. 3:07-cr-169-M-1 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

# JUDGMENT

The Court has entered an Order in this case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is ORDERED, ADJUDGED, and DECREED that Movant's successive motion to vacate, set-aside, or correct sentence under 28 U.S.C. § 2255 is TRANSFERRED to the Fifth Circuit Court of Appeals pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

The Clerk shall transmit to the parties a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 26th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE